Harry James Kelley, III, Nixon Peabody, LLP, Washington, DC, argued for plaintiffs-appellants.

Kenneth Dintzer, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Franklin E. White, Jr., Kenneth David Woodrow, Anna Bondurant Eley.

LOURIE, MOORE, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

David Alan Makman, Law Offices of David A. Makman, San Mateo, CA, argued for petitioner-appellant.

Brian Robert Matsui, Morrison & Foerster LLP, Washington, DC, argued for respondent-appellee. Also represented by Eric Martin Acker, Mary Prendergast, San Diego, CA.

MOORE, BRYSON, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Joseph NEEV, Petitioner–Appellant**

v.

**ALCON LENSX, INC., Respondent–Appellee.**

Nos. 2015–1422, 2015–1821.

United States Court of Appeals, Federal Circuit.

April 11, 2016.

**TRANSATLANTIC LINES, LLC, Plaintiff–Appellant**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2015–5130.

United States Court of Appeals, Federal Circuit.

April 11, 2016.